### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LEON NESMITH,
ADC #655326                                                                                           PLAINTIFF

v.                                        4:11-cv-00698-JMM-JTK

CPL. BONNER, et al.                                                                               DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Ivory and Woodward are DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 21st day of November, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE