# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LEON NESMITH, ADC #655326 | PLAINTIFF |
| v.   4:11-cv-00698-JTK | |
| CPL. BONNER, et al. | DEFENDANTS |

## ORDER

Defendants' Motion to Dismiss based on Plaintiff's failure to prosecute this action (Doc. No. 30) is GRANTED.[1]  Plaintiff did not file a Response to Defendants' Motion, or to the Court's July 30, 2012 Order (Doc. No. 32).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 31st day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently.  Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days.